STEPHEN H. GALLOWAY, Bar No. 093602
stephen.galloway@stoel.com
SARAH STAUFFER CURTISS, Bar No. 076333
sarah.curtiss@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

*Attorneys for Defendant Home Forward*


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION


| | |
|---|---|
| CLAUDE SAKR, an individual; LAURA JACKSON, an individual; and MARGARET SKENDERIAN, an individual, | Case No.:  3:24-cv-01265-AN |
| Plaintiffs, | **DEFENDANT HOME FORWARD'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| v. | |
| CITY OF PORTLAND, an Oregon municipal corporation; UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, an agency of the United States; ADRIANNE TODMAN, in her official capacity as Acting Secretary of the U.S. Department of Housing & Urban Development; and HOME FORWARD, an Oregon public corporation, | |
| Defendants. | |

For its Answer to Plaintiffs' First Amended Complaint ("Complaint"), defendant Home

Forward admits, denies, and alleges as follows:


Page 1 –   DEFENDANT HOME FORWARD'S ANSWER AND AFFIRMATIVE DEFENSES
          TO PLAINTIFFS' FIRST AMENDED COMPLAINT

**ANSWER**

**INTRODUCTION**

1.     In response to paragraph 1, Home Forward admits that this action seeks review under the National Environmental Policy Act ("NEPA") of the Environmental Assessment ("EA") issued by the Portland Housing Bureau ("PHB"), and of the approval and grant of funds by the U.S. Department of Housing and Urban Development ("HUD").  Home Forward denies that Plaintiffs are entitled to the relief demanded.

2.     In response to paragraph 2, Home Forward admits that it is the developer of the Peaceful Villa Redevelopment, which is a four-acre redevelopment of an existing 70-unit multifamily housing project in Southeast Portland.  Home Forward further admits that it is a public corporation governed by a board of commissioners representing the City of Portland, the City of Gresham, Multnomah County, as well as one commissioner who participates in one of Home Forward's housing programs and represents Home Forward's residents and program participants.  Consistent with ORS 456.095, Commissioners are recommended from the area they serve, appointed by the Mayor of Portland, and approved by the Portland City Council. Home Forward admits that the Peaceful Villa Redevelopment project involves replacing the current 70-unit development with 166 new multifamily housing units.  Home Forward denies that the neighborhood surrounding Peaceful Villa has no large apartment buildings or commercial spaces.  Home Forward admits that the estimated cost of the project is approximately $95 million, that preconstruction services are complete, and that the project was planned to start in September 2024.  Home Forward denies the remaining allegations in paragraph 2.

3.      In response to paragraph 3, Home Forward admits that it and PHB began the development process to receive HUD grant funding through PHB in 2022 and that PHB issued a final EA and Finding of No Significant Impact ("FONSI") in 2024.  Home Forward further admits that Plaintiffs sent multiple communications to HUD and PHB during the development process, the contents of which speak for themselves.  Home Forward denies the remaining allegations in paragraph 3.

4.      In response to paragraph 4, Home Forward states that the requirements of NEPA are legal conclusions to which no response is required.  Home Forward denies the remaining allegations in paragraph 4.

## JURISDICTION AND VENUE

5.      Paragraph 5 states legal conclusions to which no response is required.  To the extent a response is required, Home Forward admits.

## PARTIES

6.      In response to paragraph 6, Home Forward admits that plaintiff Claude Sakr is a member of both the Richmond Neighborhood Association and the Community Advisory Committee, and that he provided letters, testimony, and feedback on the Project, the contents of which speak for themselves.  Home Forward lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 6 and therefore deny those allegations.

7.      Home Forward admits the allegations in paragraph 7.

Page 3 –   DEFENDANT HOME FORWARD'S ANSWER AND AFFIRMATIVE DEFENSES
        TO PLAINTIFFS' FIRST AMENDED COMPLAINT
125482135.3 0051700-00090

## LEGAL FRAMEWORK

8.      Paragraph 8 contains legal conclusions to which no response is required.  To the extent a response is required, Home Forward states that the language of the cited statutes, regulations, and cases speaks for itself.

9.      Paragraph 9 contains legal conclusions to which no response is required.  To the extent a response is required, Home Forward states that the language of the cited statutes and cases speaks for itself.

10.     Paragraph 10 contains legal conclusions to which no response is required.  To the extent a response is required, Home Forward states that the language of the cited statutes speaks for itself.

11.     Paragraph 11 contains legal conclusions to which no response is required.  To the extent a response is required, Home Forward states that the language of the cited regulations speaks for itself.

## FACTUAL ALLEGATIONS

12.     In response to paragraph 12, Home Forward admits that PHB issued an EA and FONSI for the Peaceful Villa project on or about February 2, 2024, that the site is currently owned by Home Forward, and that the details of the design documents speak for themselves. Home Forward further admits that the Project will result in two structures along SE Clinton Street between SE 45th and SE 47th Avenues, and three other apartment buildings, providing, in total, 166 units, 62 on-site parking spaces, and other community facilities.  Home Forward admits that 75 units will be studio or one-bedroom apartments, while the remainder will be a mix of two-, three-, and four-bedroom apartments.  Home Forward denies the remaining allegations in paragraph 12.

13.     In response to paragraph 13, Home Forward denies that the Project will displace

residents or that residents fear displacement, stability, or affordability of their homes.  Home

Forward further states that all Peaceful Villa residents are provided housing during construction

and will be offered residence in the new Peaceful Villa apartments.  Home Forward admits the

remaining allegations in paragraph 13.

14.     In response to paragraph 14, Home Forward admits that PHB assumed

environmental responsibility for the Project under 24 C.F.R. Part 58 and that the NEPA process

began in or about March 2022 and completed in or about February 2024.  Home Forward denies

the remaining allegations in paragraph 14.

15.     In response to paragraph 15, Home Forward admits that meetings and

communications occurred between Plaintiffs and Home Forward on or about the dates alleged.

Home Forward further states that the contents of the written communications alleged speak for

themselves.  Home Forward lacks knowledge or information sufficient to form a belief as to the

truth or falsity of the allegations regarding the oral statements made during the alleged meetings

and communications and therefore denies those allegations.  Home Forward denies the

remaining allegations in paragraph 15.

16.     In response to paragraph 16, Home Forward admits that Plaintiffs and other

community members expressed concerns about the Project, including but not limited to the level

of public involvement, the Project design, and the environmental review process.  Home Forward

further states that the contents of the written communications alleged speak for themselves.

Home Forward specifically denies that the concerns of Plaintiffs and other community members

were ignored.  Home Forward lacks knowledge or information sufficient to form a belief as to

the truth or falsity of the allegations regarding the oral statements made during the alleged

Page 5 –   DEFENDANT HOME FORWARD'S ANSWER AND AFFIRMATIVE DEFENSES
                TO PLAINTIFFS' FIRST AMENDED COMPLAINT
125482135.3 0051700-00090

meetings and communications and therefore denies those allegations.  Home Forward denies the remaining allegations in paragraph 16.

17.    Home Forward lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 17 and therefore denies those allegations.

## CLAIMS FOR RELIEF

## FIRST CLAIM FOR RELIEF

### (Violation of NEPA – Unlawful Finding of No Significant Impact)

18.    In response to paragraph 18, Home Forward incorporates its responses to paragraphs 1 through 17, above.

19.    Home Forward denies the allegations in paragraph 19.

20.    Home Forward denies the allegations in paragraph 20.

21.    Home Forward denies the allegations in paragraph 21.

## SECOND CLAIM FOR RELIEF

### (Violation of NEPA – Insufficient Public Involvement)

22.    In response to paragraph 22, Home Forward incorporates its responses to paragraphs 1 through 21, above.

23.    In response to paragraph 23, Home Forward states that the language of the cited regulations speaks for itself and that the requirements of such regulations are legal conclusions to which no response is required.  Home Forward denies the remaining allegations in paragraph 23.

24.    Home Forward denies the allegations in paragraph 24.

25.    Home Forward denies the allegations in paragraph 25.

## THIRD CLAIM FOR RELIEF

### (Violation of NEPA – Inadequate Environmental Assessment)

26.     In response to paragraph 26, Home Forward incorporates its responses to paragraphs 1 through 25, above.

27.     Home Forward denies the allegations in paragraph 27.

28.     In response to paragraph 23, Home Forward states that the language of the cited regulation speaks for itself and that the requirements of such regulations are legal conclusions to which no response is required.

29.     Home Forward denies the allegations in paragraph 29.

30.     Home Forward denies the allegations in paragraph 30.

31.     Home Forward denies the allegations in paragraph 31.

## FOURTH CLAIM FOR RELIEF

### (Violation of NEPA – Failure to Consider a Reasonable Range of Alternatives)

32.     In response to paragraph 32, Home Forward incorporates its responses to paragraphs 1 through 31, above.

33.     In response to paragraph 23, Home Forward states that the language of NEPA speaks for itself and that its requirements are legal conclusions to which no response is required. Home Forward denies the remaining allegations in paragraph 33.

34.     Home Forward denies the allegations in paragraph 34.

35.     In response to paragraph 35, Home Forward admits that Plaintiffs presented at least one other proposed alternative design for the Project.  Home Forward denies the remaining allegations in paragraph 35.

36.     Home Forward denies the allegations in paragraph 36.

## AFFIRMATIVE DEFENSES

By way of avoidance, and as a precautionary matter and without assuming the burden of proof, which burden Home Forward asserts is on Plaintiffs, Home Forward alleges as follows:

### FIRST DEFENSE

### (Failure to State a Claim)

37.     Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

### (Laches)

38.     Plaintiffs' claims are barred by the equitable doctrine of laches.

### THIRD DEFENSE

### (Waiver / Estoppel)

39.     Plaintiffs' claims are barred by the equitable doctrines of waiver and/or estoppel.

### FOURTH DEFENSE

### (Failure to Exhaust Administrative Remedies)

40.     Plaintiffs' claims are barred, in whole or in part, by their failure to exhaust administrative remedies.

### FIFTH DEFENSE

### (Standing)

41.     Plaintiffs lack standing to bring claims for impacts from which they will not suffer a concrete and particularized injury.

**RESERVATION OF ADDITIONAL DEFENSES**

42.     Home Forward reserves the right to rely on all further defenses that become

available or apparent during proceedings in this action.  Home Forward further reserves the right

to amend this Answer for the purpose of asserting any such additional affirmative defenses.

**<u>PRAYER</u>**

WHEREFORE, Home Forward prays for a judgment as follows:

1.     That the Court enter judgment in Home Forward's favor on all claims alleged in

Plaintiffs' Complaint, and dismiss the same with prejudice;

2.     That Home Forward be awarded its costs and attorneys' fees pursuant to 28

U.S.C. § 2412 and other applicable law; and

3.     That the Court award such other and further relief as may be just and equitable.

DATED:  September 24, 2024

STOEL RIVES LLP


*s/ Stephen H. Galloway*
STEPHEN H. GALLOWAY, Bar No. 093602
stephen.galloway@stoel.com
SARAH STAUFFER CURTISS, Bar No. 076333
sarah.curtiss@stoel.com

*Attorneys for Defendant Home Forward*