AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

Claude Sakr, an individual, and Laura Jackson, an individual, )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 3:24-cv-01265-AN
)
City of Portland, an Oregon municipal corporation, United States Department of Housing and Urban Development, Adrienne Todman in her official capacity as Acting Secretary of the US Dept of Housing of Urban Development, )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

United States Department of Housing and Urban Development
451 7th Street SW
Washington, DC  20410

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lawson Fite
Schwabe Williamson & Wyatt
1211 SW Fifth Avenue, Suite 1900
Portland, OR   97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MELISSA AUBIN, Clerk of Court

By: S/G. Davis, Deputy Clerk

Date: 08/12/2024

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I mailed the Summons and Complaint to United States Departrment of Housing and Urban Development, 451 7th Street SW, Washington DC 20410 on August 13, 2024 by certified mail, return receipt requested and it was signed for on August 21, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/09/2024

*Carla Weckel* (signature)
*Server's signature*

Carla Weckel
*Printed name and title*

Schwabe Williamson & Wyatt
1211 SW Fifth Avenue, Suite 1900
Portland, OR 97204
*Server's address*

Additional information regarding attempted service, etc:



9589 0710 5270 0625 2089 25

**U.S. Postal Service™** CCWE 143039-286637

**CERTIFIED MAIL® RECEIPT**

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$ 4.85

Extra Services & Fees *(check box, add fee as appropriate)*
- [X] Return Receipt (hardcopy) $ 4.10
- [ ] Return Receipt (electronic) $
- [ ] Certified Mail Restricted Delivery $
- [ ] Adult Signature Required $
- [ ] Adult Signature Restricted Delivery $

Postage
$ 2.59

Total Postage and
$ 11.54

Postmark Here

USPS WATERFRONT STA. 97204 PORTLAND OR. AUG 13 2024

Sent To

Street and Apt. No.

City, State, ZIP+4®

United States Department of
Housing and Urban Development
451 7th Street SW
Washington, DC 20410

PS Form 3800, January 2023

ALERT: TROPICAL STORM GORDON, FLOODING, AND SEVERE WEATHER IN THE SOUTHEAS...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700625208925

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:07 am on August 21, 2024 in WASHINGTON, DC 20410.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20410
August 21, 2024, 7:07 am

See All Tracking History

Feedback

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                    ⌄

USPS Tracking Plus®                                     ⌄

Product Information                                     ⌄

See Less ∧

Track Another Package

9/17/24, 10:30 AM        USPS.com® - USPS Tracking® Results

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs