AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the

District of Oregon

| | |
|---|---|
| Claude Sakr, an individual, and Laura Jackson, an individual,<br><br>*Plaintiff(s)*<br>v.<br>City of Portland, an Oregon municipal corporation, United States Department of Housing and Urban Development, Adrienne Todman in her official capacity as Acting Secretary of the US Dept of Housing of Urban Development,<br>*Defendant(s)* | Civil Action No. 3:24-cv-01265-AN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Adrienne Todman, in her official capacity as Acting Secretary of the United States Department of Housing and Urban Development 451 7th Street SW
Washington, DC  20410

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lawson Fite
Schwabe Williamson & Wyatt
1211 SW Fifth Avenue, Suite 1900
Portland, OR  97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MELISSA AUBIN, Clerk of Court

Date: 08/12/2024        By: /G. Davis, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I mailed the Summons and Complaint to Adrienne Todman, in her official capacity as Acting Secetary of the United States Departrment of Housing and Urban Development, 451 7th Street SW, Washington DC 20410 on August 13, 2024 by certified mail, return receipt requested and it was signed for on August 21, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/09/2024

*Server's signature* — Carla Weckel

Carla Weckel
*Printed name and title*

Schwabe Williamson & Wyatt
1211 SW Fifth Avenue, Suite 1900
Portland, OR 97204
*Server's address*

Additional information regarding attempted service, etc:



**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

CWE 143039-286637

Certified Mail Fee $ 4.85
Extra Services & Fees
☒ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $ 2.59
Total Postage and Fees $ 11.54

Sent To: Adrienne Todman
In her Official Capacity as Acting Secretary
Of the US Department of Housing & Urban Development
451 7th Street SW
Washington, DC 20410

Postmark: AUG 13 2024 PORTLAND OR

9589 0710 5270 0625 2089 63

PS Form 3800

---

CWE 143039-286637

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Adrienne Todman
In her Official Capacity as Acting Secretary
Of the US Department of Housing & Urban Development
451 7th Street SW
Washington, DC 20410

9590 9402 7621 2122 5064 26

2. Article Number (Transfer from service label)
9589 0710 5270 0625 2089 63

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☒ Agent    ☐ Addressee

B. Received by (Printed Name): B. Groomes
C. Date of Delivery: 8/21/2024

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt